MARINE TRANSIT CORPORATION, Appellant, *v.* SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH, Respondent.

No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Sherman, J., dissent and vote for reversal and a new trial.

SHERMAN, J. (dissenting). The issue presented at the trial of this case was not, in my opinion, either actually or necessarily determined in the prior suit in the United States District Court.* Hence the defense of *res judicata* should not have prevailed. The judgment accordingly should be reversed and a new trial ordered. Finch, P. J., concurs.

* See *Merritt-Chapman & Scott Corp.* v. *Marine Transit Corp.* (U. S. D. C. E. D. N. Y., not reported).— [REP.